```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/17/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VICTORIANO TAVAREZ,** | |
| Plaintiff, | |
| -against- | 21-cv-09774 (ALC) |
| **FURTHER, INC.,** | **ORDER OF DISCONTINUANCE** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:   March 17, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**